JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURI GONZALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>NU-BOTANICS CANDLE CORP.;<br>GEORGE TORRES, as Trustee of the<br>   George Torres 2013 Trust; and<br>DOES 1 to 10,<br><br>    Defendants. | Case No. 8:24-cv-01937-JWH-JDEx<br><br>**JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 24] entered on or about December 30, 2024 and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED.**
2. To the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: February 3, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE